United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1811

| | | |
|---|---|---|
| Jessie Buchanan, also known as | * | |
| Jesse Buchanan, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Bob Bretherick (originally sued as | * | Appeal from the United States |
| Bob Breathrick), | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Defendant - Appellant, | * | |
| | * | [UNPUBLISHED] |
| Troy White; Crittenden County, | * | |
| Arkansas, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| Dick Busby, | * | |
| | * | |
| Defendant - Appellant. | * | |

_____

Submitted: March 13, 1998
Filed: March 25, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
NANGLE, District Judge.[1]

_____

[1]The Honorable John F. Nangle, United States District Judge for the Eastern
District of Missouri, sitting by designation.

_____

PER CURIAM.

Jessie Buchanan won jury verdicts on his claim that his jailer denied him adequate medical care in violation of the Constitution, and on the sheriff's counterclaim for the cost of Buchanan's incarceration. The District Court[2] entered judgment on the verdicts. Having considered the record and the parties' briefs and oral arguments on appeal, we conclude the District Court's judgment is correct, and affirm without further comment. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[2]The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, acting pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c).